**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

July 15, 2010

Honorable Stanley R. Chesler
Frank R. Lautenberg U.S. Post Office
and U.S. Courthouse
50 Walnut Street, Room 5054
Newark, New Jersey 07102

RE: JOHNSON, Albert James
Docket Numbers: CR-94-00126-001, 94-00485-001, and 10-00322-001
<u>Amended Petition for Warrant or Summons</u>

Dear Judge Chesler:

On January 23, 1995, the offender appeared before the Honorable Nicholas H. Politan, and was sentenced to 168 months imprisonment, followed by three years supervised release after pleading guilty to one count of Possession with Intent to Distribute Cocaine. A $100 special assessment and a $1,000 fine were imposed. Special conditions of drug testing and treatment and full financial disclosure were also ordered. On the same date, he was also sentenced on a separate Information to 120 months imprisonment, followed by three years supervised release after pleading guilty to Felon in Possession of a Firearm. The same special assessment, fine, and special conditions were imposed, and the terms were to run concurrently.

On December 9, 2003, Johnson was sentenced in the Northern District of New York to 24 months imprisonment consecutive to the New Jersey sentence, followed by three years supervised release after pleading guilty to Possession of a Prohibited Weapon (a metal shank and a razor blade), while an inmate at the United States Bureau of Prisons Federal Correctional Institute at Raybrook, New York. On May 4, 2010, jurisdiction of the Northern District of New York case was transferred to this district.

On July 7, 2010, a Probation Form 12D, *Violation of Supervised Release Report*, was forwarded to the Court based upon new criminal conduct. We have attached an amended Probation Form 12C, *Petition for Summons or Warrant for Offender Under Supervision*, reflecting Mr. Johnson's three docket numbers with our Court, for Your Honor's review. We are available should the Court wish to discuss this matter, so please do not hesitate to contact the undersigned probation officer at (973) 289-9167.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Adriana Garcia
U.S. Probation Officer

/ag
Attachment

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Albert James Johnson

**Docket Numbers:** 94-00126-001, 94-00485-001 and 10-00322-001

**PACTS Number:** 8135

**Name of Sentencing Judicial Officer:** District of New Jersey: Honorable Nicholas H. Politan
Northern District of New York: Honorable Frederick J. Scullin, Jr.

**Date of Original Sentence:** District of New Jersey: 01/23/1995; Northern District of New York: 12/09/2003

**Original Offense:**
Indictment 94-00126-001 Possession with Intent to Distribute Cocaine
Information 94-00485-001 Felon in Possession of a Firearm
Indictment 10-00322-001 Possession of a Prohibited Weapon

**Original Sentence:**
Indictment 94-00126-001: 168 months incarceration, 3 years supervised release, $50 special assessment and $1,000 fine
Information 94-00485-001: 120 months incarceration, 3 years supervised release, $50 special assessment and $1,000 fine concurrent to 94-00126-001
Indictment 10-00322-001: 24 months incarceration, 3 years supervised release and $100 special assessment, consecutive to Indictment 94-00126-001 and Information 94-00485-001

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 01/04/08

**Assistant U.S. Attorney:** Amy Luria, 970 Broad Street, Room 502, Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** Adrienne D. Edward, 549 Summit Avenue, Jersey City, New Jersey 07306
(201) 420-8850

## PETITIONING THE COURT

[ ] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>On August 9, 2008, the offender was arrested in Jersey City and charged with distribution of controlled dangerous substances (CDS - 2 counts), possession of CDS on school property (2 counts), distribution of CDS within 500 feet of a |

school (2 counts), possession fo CDS (2 counts), and tampering with physical evidence. On October 26, 2009, Johnson entered a guilty plea in New Jersey Superior Court (Hudson County), to possession of CDS with intent to distribute within 1,000 feet of school property. He is presently incarcerated at the Hudson County Jail awaiting sentencing scheduled for September 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 7/15/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 7/22/2010 @ 1:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/21/2010
Date